IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **1:15-cv-01892-JLK**

**DANA MORGAN,**

    Plaintiff,

v.

**JAMES ANDERSON, d/b/a Anderson & Keil.,** et al.,

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

In light of the Motion to Dismiss with Prejudice (Doc. 10), filed November 19, 2015, and no response having been filed, it is

**ORDERED** pursuant to Fed. R. Civ. P. 41(a)(1)(A) that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

**FURTHER ORDERED** that the Motion to Dismiss (Doc. 7) is DENIED AS MOOT.

Dated: December 11, 2015

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      SENIOR U.S. DISTRICT COURT JUDGE